UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HIGH FARMS LLC

                             Plaintiff,

     -against-

GWENDOLYN KING

                             Defendant.
-------------------------------------------------------------------X

**ORDER**

16-CV-736 (NGG) (PK)

NICHOLAS G. GARAUFIS, United States District Judge.

      On November 15, 2019 non-party Gwenda Higgins, through her counsel Jordan Freundlich, filed a letter purporting to advise the court of certain matters that she believes relevant to this proceeding. (See Nov. 15, 2019 Letter (Dkt. 73).) Ms. Higgins's letter states, in sum and substance, that the individual purporting to prosecute this action does not have the authority to act on Plaintiff's behalf and, further, that Plaintiff's counsel in this matter is conflicted. (See generally id.) However, Ms. Higgins has neither appeared in this action nor moved to intervene, and she disclaims any intent to do so. (Id. at 1.)

      Ms. Higgins is not a party to this action and has not properly moved to intervene; accordingly, she lacks capacity to be heard on the matters raised in her letter. See Gomez v. J. MacDonald, No. 13-cv-1367, 2014 WL 4059938, at *6 (C.D. Cal. Aug. 14, 2014) (collecting cases). If Ms. Higgins wishes the court to consider these issues, she is welcome follow the procedure set forth in Federal Rule of Civil Procedure 24.



The Clerk of Court is respectfully DIRECTED to provide Mr. Freundlich with a copy of this order. Further, the Clerk of Court is respectfully DIRECTED to send a copy of this order by certified mail, return receipt requested, to pro se Defendant Gwendolyn King at her address of record.

SO ORDERED.

                                                                                                      s/Nicholas G. Garaufis

Dated: Brooklyn, New York                                            NICHOLAS G. GARAUFIS
       November 19, 2019                                              United States District Judge